FILED
July 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003635898

3
Susan M Didriksen, Chapter 7 Trustee
PO Box 1460
Shingle Springs, CA 95682
Tel: (530)232-6119
E-mail: didriksen1@gmail.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**ROBIN GERONZO ZEPPONI** and<br><br>**KARI LYNN ZEPPONI**,<br><br>Debtors. | Case No. 11-26029-A-7<br>DCN: SMD -1<br><br>DATE: August 19, 2011<br>TIME: 10:00 a.m.<br>LOCATION: 501 I Street, 7th Floor<br>Department A<br>Courtroom 28 (7th Floor)<br>Sacramento, CA 95814 |

**TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY OF THE ESTATE**
**(11 U.S.C. §363)**

The undersigned, Susan M. Didriksen, the court appointed Chapter 7 Trustee (the "Trustee") in the above-captioned Bankruptcy estate of ROBIN GERONZO ZEPPONI and KARI LYNN ZEPPONI, (the "Debtors"), hereby requests that this Court approve the sale of the Bankruptcy's Estate's interest in the following personal property:

- Off Highway 2003 Honda Motorcycle
- Off Highway 1995 Honda Motorcycle
- Off Highway 2006 KTM Motorcycle
- Off Highway 2004 Yamaha Motorcycle

in an "as is" condition, net of any exemptions, to the Debtors for $1,400.

In support of this motion, the undersigned Trustee respectfully represents the following:

1. The Debtors filed a voluntary Chapter 7 Bankruptcy Petition on or about March 11, 2011, and an Order for Relief was entered thereon.

Page 1

2. Susan M. Didriksen was appointed as the Interim Chapter 7 Trustee on or about March 11, 2011, and continues to serve in that capacity.

3. The Court has jurisdiction over the current motion under 28 U.S.C. §§ 157(a) and 1334. This is a core proceeding under 28 U.S.C. section 157(b)(2)(A), (N) and (O).

4. The Debtors filed an amended Schedule B on or about April 27, 2011, and disclosed personal property described as follows:

- Off Highway 2003 Honda Motorcycle, Market Value of $390.00
- Off Highway 1995 Honda Motorcycle, Market Value of $605.00
- Off Highway 2006 KTM Motorcycle, Market Value of $2,900.00
- Off Highway 2004 Yamaha Motorcycle, Market Value of $850.00

(hereinafter referred to as the "Off Highway Motorcycles").

5. The Debtors' amended Schedule "C" filed on or about April 27 2011, claimed C.C.P. §703.140(b)(5) monetary exemptions pertaining to the Off Highway Motorcycles as follows:

- Off Highway 2003 Honda Motorcycle, Exempted Value of $150.00
- Off Highway 1995 Honda Motorcycle, Exempted Value of $345.00
- Off Highway 2006 KTM Motorcycle, Exempted Value of $1,900.00
- Off Highway 2004 Yamaha Motorcycle, Exempted Value of $564.00

6. The Debtors' Schedule D filed on or about March 11, 2011, disclosed no indebtedness nor obligations secured by the Off Highway Motorcycles.

7. The Debtors, via their attorney, Alice Ware, have presented an offer in the amount of $1,400 to purchase the aforementioned Off Highway Motorcycles in an "as-is" condition from the Bankruptcy Estate.

8. The payment will be made in 12 monthly installments, in the amount of $120, due on the first of each month in the form of Cashier's Check to the undersigned Trustee for the purchase of the Equipment.

9. The undersigned Trustee believes that the immediate liquidation of the Subject Personal Property is in the best interest of the Bankruptcy Estate. This proposed sale would also alleviate the typical costs incurred with the sale of vehicles (i.e. smog check and smog certificate, auctioneer's commission, repairs, etc.) and any sales commission attendant to a sale. Therefore, the Trustee requests the approval from this Court to sell the aforementioned Off Highway Motorcycles to the Debtors for the amount of $1,400, subject to any overbids tendered at the Court hearing.

10. At the Court hearing, the Trustee will request that the Court solicits overbids. The Trustee further requests that overbids, if any, be submitted in minimum increments of $200.00 from qualified bidders who much contact the Trustee at least twenty-four hours prior to this hearing. Any successful over bidder must remit the full amount of the cash selling price to the Trustee within twenty-four hours after the Court hearing is concluded.

WHEREFORE, the undersigned Trustee respectfully requests that this Court: A.) Approve the sale of the aforementioned Equipment to the Debtor in the manner stated herein, B.) Provide authority for the Trustee to execute all documents necessary to complete the contemplated sale; and, C.) Provide for such other relief as the Court deems appropriate.

Respectfully submitted,

Dated:  July 15, 2011  /s/ Susan M. Didriksen
Susan M. Didriksen, Chapter 7 Trustee